**Dismissed and Memorandum Opinion filed January 17, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00533-CV

### JASON D. KRAUS, Appellant

### V.

### TZACHAR HARARI, Appellee

## On Appeal from the 189th District Court
### Harris County, Texas
### Trial Court Cause No. 2011-70930

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 9, 2012. The clerk's record was filed August 9, 2012. On June 28, 2012, this court abated the case for mediation. On August 18, 2012, the parties notified the court that the case settled. No dispositive motion was filed.

On November 20, 2012, this court issued an order stating that unless appellant submitted a brief or dispositive motion on or before December 20, 2012,

the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Christopher, Jamison, and McCally.